**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **JEFFREY O. SHANO** | ) | Civil Action |
| **Petitioner,** | ) | |
| **vs.** | ) | CASE NO.:7:26-cv-00256-WLS-ALS |
| **WARDEN,** Irwin County Detention Center **Et al** | ) | |
| **Respondents.** | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**To the Honorable Judges of this Court:**

COMES NOW, Jeffrey O. Shano, Petitioner. in the above-styled and numbered cause, by and through the undersigned attorney of record, and hereby gives notice of voluntary dismissal of his claims in this case, without prejudice, as to all defendants. In support, Petitioner would respectfully show the Court as follows:

1. Petitioner has been released and properly admitted as a lawful permanent resident as of today's date.
2. Such action substantially changes the circumstances of the underlying complaint, and resolves the alleged matters/
3. As such, Petitioner will voluntarily dismiss the instant matter.

Respectfully submitted,

This 19th day of October, 2026.

**TEDESCO LEGAL, PC**

/S/Mary Lynn A. Tedesco, Esq.
by: Mary Lynn A. Tedesco, Esq.
NC Bar No. 51673
Attorney for the Plaintiff

Tedesco Legal, PC
PO Box 242066
Charlotte, NC 28224
Tel.: (980) 999-1253
Fax.: (470) 592-6989
Email: marylynn@tedescoimmigration.com

SO ORDERED this 20th day of October, 2026.
W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the 19th day of October, 2026.

**TEDESCO LEGAL, PC**

/S/Mary Lynn A. Tedesco, Esq.
by: Mary Lynn A. Tedesco, Esq.
NC Bar No. 51673
Attorney for the Plaintiff

Tedesco Legal, PC
PO Box 242066
Charlotte, NC 28224
Tel.: (980) 999-1253
Fax.: (470) 592-6989
Email: marylynn@tedescoimmigration.com